**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Melvin Beam, Appellant.

Appellate Case No. 2016-002290

———————————

Appeal From Union County
R. Scott Sprouse, Circuit Court Judge

———————————

Unpublished Opinion No. 2018-UP-142
Submitted February 1, 2018 – Filed April 11, 2018

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender David Alexander, of Columbia, and Melvin Beam, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *In re McCoy*, 360 S.C. 425, 602 S.E.2d 58 (2004). Counsel's motion to be relieved is granted.[1]

———————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

**APPEAL DISMISSED.**

**SHORT, THOMAS, and HILL, JJ., concur.**